| | |
|---|---|
| Plaintiff, | CAUSE NO. DC-06-488 |
| vs. | AMENDED JUDGMENT |
| TYLER PEARCE, | AND COMMITMENT |
| Defendant. | |

On September 1, 2009, the defendant was sentenced for violation of the conditions of a deferred sentence as follows: Count I: A commitment to the Montana Department of Corrections for a term of twenty (20) years with fifteen (15) years suspended for the offense of Burglary, a felony; Count II: A commitment to the Montana Department of Corrections for a term of ten (10) years with five (5) years suspended for the offense of Theft, a felony; and Count III: A commitment to the Montana Department of Corrections for a term of ten (10) years with five (5) years suspended, for the offense of Criminal Mischief, a felony. Counts I, II and III shall run concurrently with each other.

On February 4, 2010, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was not represented.

The Defendant having been duly informed of the amended judgment and commitment, and having waived his right to appear before the undersigned for this pronouncement of sentence, whereupon,

IT IS ORDERED, ADJUDGED AND DECREED that the sentence shall be modified as follows: Count I: A commitment to the Montana Department of Corrections for a term of ten (10) years with five (5) years suspended; Count II: A commitment to the Montana Department of Corrections for a term of ten (10) years with five (5) years suspended; and Count III: A commitment to the Montana Department of Corrections for a term of ten (10) years with five (5) years suspended. Counts I, II and III shall run concurrently with each other. The terms and conditions shall remain as imposed in the Judgment of the District Court dated September 1, 2009.

DATED this 4th day of March, 2010.

Hon. Ray Dayton, District Court Judge.

**The District Court of the 4th Judicial District.
County of Missoula.**

| | |
|---|---|
| STATE OF MONTANA, | |
| Plaintiff, | CAUSE NO. DC-07-83 |
| vs. | DECISION |
| PATRICK SAYERS, | |
| Defendant. | |

On August 8, 2007, the defendant was sentenced as follows: Count I: Thirty (30) years in the Montana State Prison for the offense of Vehicular Homicide While Under the Influence, a felony; Counts II, III and IV: A commitment to the Missoula County Detention Center for a term of six (6) months on each

Count for the offenses of Endangering the Welfare of a Child, a misdemeanor; Count V: A commitment to the Missoula County Detention Center for a term of six (6) months for the offense of Driving a Motor Vehicle While Privilege to Do So is Suspended or Revoked, a misdemeanor; and Count VI: A commitment to the Missoula County Detention Center for a term of ten (10) days for the offense of Operating Without Liability Insurance In Effect – 1st Offense, a misdemeanor. Counts I – VI shall run concurrently with each other.

On February 4, 2010, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Kara Docherty and Eric Olson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Counsel for the defendant requested an opportunity to produce transcripts and to therefore keep the record open in this matter pending the production of such transcripts for review by the sentence review division.

Therefore, it is the unanimous decision of the Sentence Review Division that the request shall be granted and that counsel for defendant shall provide transcripts to the Division within three weeks of the date of this order. The Sentence Review Division will reserve a ruling on defendant's application pending receipt of those transcripts and will decide the matter thereafter.

Done in open Court this 4th day of February, 2010.

DATED this 15th day of February, 2010.

Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.